UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3  P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KENYATTI JORDAN ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-10925-NG |
| ) | |
| THOMAS REILLY, ) | |
| ) | |
| Respondent. ) | |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADINGS
TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondent hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of thirty days, up to and including July 3, 2004. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by June 3, 2004. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition.

Counsel for the petitioner has assented to this motion. Moreover, granting this motion will not cause any prejudice to the petitioner nor any undue delay in these proceedings.

WHEREFORE, the respondent respectfully requests that this Court grant him until July 3, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL

                                          */s/ Maura D. McLaughlin*
                                          Maura D. McLaughlin
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200 ext. 2857
                                          BBO No. 634923

<u>Assented</u>:

KENYATTI JORDAN,

By his attorney,


*/s/ Robert L. Sheketoff (MDM)*
Robert L. Sheketoff

Dated: June 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the petitioner, Kenyatti Jordan, on June 3, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, as follows: Robert L. Sheketoff, Attorney at Law, One McKinley Square, Boston, Massachusetts, 02109.

_____
Maura D. McLaughlin