UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENYATTI JORDAN,  )<br>    Petitioner  )<br>  )<br>v.  )<br>  )<br>THOMAS REILLY,  )<br>    Respondent  ) | Civil Action No. 1:04-cv-10925 |

**NOTICE OF APPEAL**

The petitioner Kenyatti Jordan hereby notes his appeal to the United States Court of Appeals for the First Circuit from the order of the District Court entered on or about December 22, 2005 denying his habeas corpus petition.

Respectfully submitted,
By his attorney,


/s/ Robert L. Sheketoff
Robert L. Sheketoff
BBO #457340
SHEKETOFF & HOMAN
One McKinley Square
Boston, MA 02109
(617) 367-3449