UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10925

Kenyatti Jordan

v.

Thomas Reilly

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I electronic copies are the pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/3/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 17, 2006.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/17/06

*Burchard*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10925-NG

Jordan v. Reilly
Assigned to: Judge Nancy Gertner
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/05/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Kenyatti Jordan**            represented by    **Robert L. Sheketoff**
One McKinley Square
Boston, MA 02109
617-367-3449
Fax: 617-723-1710
Email: sheketoffr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Attorney General Thomas Reilly**    represented by    **Maura D. McLaughlin**
Office of the Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200, ext 2857
Fax: 617-727-5755
Email: maura.mclaughlin@ago.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
|  |  |  |

| 05/05/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 55789, filed by Kenyatti Jordan.(Filo, Jennifer) (Entered: 05/12/2004) |
| --- | --- | --- |
| 05/05/2004 | 2 | MEMORANDUM OF LAW by Kenyatti Jordan in Support of 1 Petition for writ of habeas corpus (28:2254). (Filo, Jennifer) (Entered: 05/12/2004) |
| 05/05/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Filo, Jennifer) (Entered: 11/04/2004) |
| 05/12/2004 | 3 | Judge Nancy Gertner : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Filo, Jennifer) (Entered: 05/12/2004) |
| 06/03/2004 | 4 | ASSENTED TO MOTION for Extension of Time to 7/3/04 to File Answer re 1 Petition for writ of habeas corpus (28:2254) by Thomas Reilly.(Filo, Jennifer) (Entered: 06/14/2004) |
| 06/14/2004 |  | Judge Nancy Gertner : Electronic ORDER entered granting 4 ASSENTED TO Motion for Extension of Time to Answer re 1 Petition for writ of habeas corpus (28:2254) Thomas Reilly. (Filo, Jennifer) (Entered: 06/14/2004) |
| 07/06/2004 | 5 | ANSWER to Complaint by Thomas Reilly.(Filo, Jennifer) (Entered: 07/08/2004) |
| 07/15/2004 | 7 | MEMORANDUM OF LAW in Opposition by Thomas Reilly to 1 Petition for writ of habeas corpus (28:2254). (Filo, Jennifer) (Entered: 07/27/2004) |
| 11/18/2004 | 8 | Judge Nancy Gertner : ORDER entered REFERRING CASE to Magistrate Judge Joyce London Alexander Referred for: 16.B/Full Pretrial Proceedings(Filo, Jennifer) (Entered: 11/18/2004) |
| 12/01/2004 |  | Case no longer referred to Magistrate Judge Joyce London Alexander. (Filo, Jennifer) (Entered: 12/01/2004) |
| 12/07/2004 |  | ELECTRONIC NOTICE of Hearing re Habeas Hearing :Hearing on habeas motion set for 1/12/2005 03:00 PM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 12/07/2004) |

| | | |
|---|---|---|
| 01/12/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner : habeas hearing held; all mtns taken under advisement. (Court Reporter O'hara.) (Molloy, Maryellen) (Entered: 01/13/2005) |
| 12/22/2005 | 9 | Judge Nancy Gertner: MEMORANDUM AND DECISION RE: Petition for Writ of Habeas Corpus.(Filo, Jennifer) (Entered: 12/23/2005) |
| 12/22/2005 | | Civil Case Terminated. (Filo, Jennifer) (Entered: 12/23/2005) |
| 01/03/2006 | 10 | NOTICE OF APPEAL by Kenyatti Jordan. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/23/2006. (Sheketoff, Robert) (Entered: 01/03/2006) |
| 01/03/2006 | 11 | MOTION for Certificate of Appealability by Kenyatti Jordan. (Sheketoff, Robert) (Entered: 01/03/2006) |
| 01/06/2006 | | Judge Nancy Gertner: Electronic ORDER entered granting 11 Motion for Certificate of Appealability as to all issues listed in motion. (Filo, Jennifer) (Entered: 01/06/2006) |