# United States Court of Appeals
## For the First Circuit

No. 06-1321

KENYATTI JORDAN,

Petitioner, Appellant,

v.

THOMAS REILLY, Attorney General

Respondent, Appellee.

**JUDGMENT**

Entered: November 14, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the habeas corpus petition is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/6/06

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Sheketoff and Mr. McLaughlin.]